Query   Reports   Utilities   Help   What's New   Log Out

TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:25-mj-00100-CYC All Defendants

| | |
|---|---|
| Case title: USA v. Ponce | Date Filed: 05/19/2025 |
| Other court case number: 25-cr-36 USDC North Dakota | Date Terminated: 05/29/2025 |

Assigned to: Magistrate Judge Cyrus Y. Chung

### Defendant (1)

**Adam Javier Ponce**  
*TERMINATED: 05/29/2025*  
*also known as*  
Adam Gutierrez  
*TERMINATED: 05/29/2025*  
*also known as*  
El Colorado  
*TERMINATED: 05/29/2025*

represented by **Stephanie Maureen Snyder**  
Federal Public Defender's Office  
Districts of Colorado and Wyoming  
633 17th Street  
Suite 1000  
Denver, CO 80202  
303-294-7002  
Fax: 303-294-1192  
Email: stephanie_snyder@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

21 U.S.C. § 846 Conspiracy to Possess
with Intent to Distribute and Distribute
Controlled Substance Forfeiture Notice

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jasand Patric Mock** <br> U.S. Attorney's Office <br> District of Colorado <br> 1801 California Street <br> Suite 1600 <br> Denver, CO 80202 <br> 303-454-0100 <br> Fax: 303-454-0400 <br> Email: jasand.mock@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2025 | [1](#) | RULE 5 AFFIDAVIT as to Adam Javier Ponce from the District of North Dakota. as to Adam Javier Ponce (1). (amona,) (Additional attachment(s): # [1](#) Arrest Warrant Page 2, # [2](#) Indictment) (amona, ). Modified on 5/19/2025 to correct PDF (Entered: 05/19/2025) |
| 05/19/2025 | 2 | Arrest of Adam Javier Ponce. Initial Appearance - Rule 5 set for 5/19/2025 02:00 PM in Courtroom C205 before Magistrate Judge Cyrus Y. Chung. Text only entry.(amona,) (Entered: 05/19/2025) |
| 05/19/2025 | 3 | MINUTE ENTRY for Initial Appearance in Rule 5(c)(3) Proceedings as to Adam Javier Ponce held before Magistrate Judge Cyrus Y. Chung on 5/19/2025. Defendant present in custody. Defendant advised. Court appoints counsel. Advisement pursuant to Brady v. Maryland. Government requests detention. Identity and Detention Hearings are set for 5/22/2025 10:00 AM in Courtroom C205 before Magistrate Judge Cyrus Y. Chung. Defendant remanded. Hearing concluded.(Total time: 7 mins, Hearing time: 2:56 - 3:01 p.m.) <br><br> **APPEARANCES**: Jasand Mock on behalf of the Government, Stephanie Snyder on behalf of the defendant, Daisy Rodriguez on behalf of pretrial. Text Only Entry. FTR: C205. (spric) (Entered: 05/19/2025) |
| 05/19/2025 | [4](#) | CJA 23 Financial Affidavit by Adam Javier Ponce. (spric) (Entered: 05/19/2025) |
| 05/19/2025 | 5 | ORDER APPOINTING COUNSEL as to Adam Javier Ponce by Magistrate Judge Cyrus Y. Chung on 05/19/2025. Text Only Entry (spric) (Entered: 05/19/2025) |
| 05/20/2025 | [6](#) | NOTICE OF ATTORNEY APPEARANCE: Stephanie Maureen Snyder appearing for Adam Javier Ponce. (dgumb, ) (Entered: 05/20/2025) |
| 05/22/2025 | 7 | MINUTE ENTRY for Identity and Detention Hearings as to Adam Javier Ponce held before Magistrate Judge Cyrus Y. Chung on 5/22/2025. Defendant refused to be transported to Court for proceedings. Court holds discussion with the Parties regarding |

| | | |
|---|---|---|
| | | next steps for transporting defendant. ORDERED: The Court IS NOT entering an order authorizing the use of force to transport the defendant, but instead the Court IS entering an ORDER notifying the defendant that the Court will proceed with next court hearings should the Defendant refuse to appear. The Court orders Defense Counsel to review today's court order with the Defendant prior to the next court hearings. Defense counsel request hearings to be continued. Government does not object. Identity and Detention Hearings are continued to 5/28/2025 at 10:00 AM in Courtroom C205 before Magistrate Judge Cyrus Y. Chung. FTR: C205. (Total time: 5 mins, Hearing time: 11:15 - 11:20 a.m.) Text Only Entry.<br><br>**APPEARANCES:** Jasand Mock on behalf of the Government, Stephanie Snyder on behalf of the defendant, Tanari Fontes on behalf of pretrial.(spric) (Entered: 05/22/2025) |
| 05/28/2025 | 8 | MINUTE ORDER as to Adam Javier Ponce. Pursuant to information received by the Government, the Court ORDERS that this case be UNSEALED. Text Only Entry by Magistrate Judge Cyrus Y. Chung on 05/28/2025. (spric) (Entered: 05/28/2025) |
| 05/28/2025 | 9 | MINUTE ENTRY for Identity and Detention Hearings as to Adam Javier Ponce held before Magistrate Judge Cyrus Y. Chung on 5/28/2025. Defendant not present due to an administrative issue and not being transported. Discussion regarding case being sealed. Identity and Detention Hearings are reset for 5/29/2025 at 10:00 AM in Courtroom C205 before Magistrate Judge Cyrus Y. Chung. Hearing concluded. FTR: C205. (Total time: 5 mins, Hearing time: 10:11 - 10:16 a.m.) Text Only Entry.<br><br>**APPEARANCES:** Jasand Mock on behalf of the Government, Stephanie Snyder on behalf of the defendant, Daisy Rodriguez on behalf of pretrial.(spric) (Entered: 05/28/2025) |
| 05/29/2025 | 10 | MINUTE ENTRY for Identity and Detention Hearings as to Adam Javier Ponce held before Magistrate Judge Cyrus Y. Chung on 5/29/2025. Defendant present in custody. Defendant waives Identity Hearing. The Court accepts waiver. Government requests detention. Defendant contests detention. Counsel arguments on detention. Defense Counsel requests that the Court order Probation to make correction to the Pre-trial Services Report. The Court ORDERS Probation to make corrections to the Pre-Trial Services Report as indicated on the record. Defendant ordered detained. Commitment to another district signed. Defendant remanded. Hearing concluded. FTR: C205. (Total time: 27 mins, Hearing time: 10:33 - 11:00 a.m.) Text Only Entry.<br><br>**APPEARANCES:** Jasand Mock on behalf of the Government, Stephanie Snyder on behalf of the defendant, Carlos Morales on behalf of pretrial.(spric) Modified on 5/29/2025 to include Commitment Order language (spric). (Entered: 05/29/2025) |
| 05/29/2025 | 11 | WAIVER of Rule 5 & 5.1 Hearings by Adam Javier Ponce. (spric) (Main Document 11 replaced document attached to the Preliminary Waiver signed on 5/30/2025) (spric). (Entered: 05/29/2025) |
| 05/29/2025 | 12 | ORDER OF DETENTION as to Adam Javier Ponce by Magistrate Judge Cyrus Y. Chung on 05/29/2025. (spric) (Entered: 05/29/2025) |
| 05/29/2025 | 13 | COMMITMENT TO ANOTHER DISTRICT as to Adam Javier Ponce. Defendant committed to District of North Dakota. Entered by Magistrate Judge Cyrus Y. Chung on 05/29/2025. (spric) (Entered: 05/29/2025) |

| | | |
|---|---|---|
| 05/29/2025 | 14 | MAGISTRATE CASE TERMINATED as to Adam Javier Ponce by Magistrate Judge Cyrus Y. Chung on 05/29/2025. Text Only Entry (spric) (Entered: 05/29/2025) |
| 05/29/2025 | 15 | Notice to District of North Dakota of Rule 5 or 32 or 40 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Adam Javier Ponce Your case number is:3:25-cr-00036-PDW. (Text Only Entry) (spric, ) (Entered: 05/29/2025) |