AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Adam Javier Ponce,<br>a/k/a Adam Gutierrez,<br>a/k/a El Colorado<br><br>Defendant | ) ) ) ) ) ) ) | Case No.  3:25-cr-36 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Adam Javier PONCE, a/k/a Adam Gutierrez, a/k/a El Colorado
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substance
Forfeiture Notice

Date:    02/13/2025                                         /s/Sarah Lien
                                                            *Issuing officer's signature*

City and state:    Fargo, ND                                Sarah Lien, Deputy Clerk
                                                            *Printed name and title*

---

### Return

This warrant was received on *(date)* February 13, 2025, and the person was arrested on *(date)* May 19, 2025
at *(city and state)* Denver, CO

Date:   5/19/25                                             [signature]
                                                            *Arresting officer's signature*

                                                            David Hanna    Special Agent
                                                            *Printed name and title*